THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* OSCAR TUDDA and THEODORE MANARA, Appellants.

Argued May 22, 1939; decided June 19, 1939.

*Elvin N. Edwards* and *Laurence Rosenthal* for appellants.

*Edward J. Neary, District Attorney (Philip Huntington* and *Frank A. Gulotta* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: CRANE, Ch. J. Taking no part: O'BRIEN, J.